# MEMORANDUM DECISIONS.

ACKERMAN, Respondent, v. BRUSH, Appellant. (Supreme Court, Appellate Division, First Department. December 11, 1903.) Action by Charlotte Y. Ackerman, as trustee, etc., against Rodman A. Brush. P. C. Morf, for appellant. W. O. Campbell, for respondent. No opinion. Judgment affirmed, with costs.

ACKERMAN, Respondent, v. SWEENEY BLUESTONE CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1903.) Action by Edwin S. Ackerman against the Sweeney Bluestone Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

AMERICAN AUDIT CO., Respondent, v. INDUSTRIAL FEDERATION OF AMERICA, Appellant. (Supreme Court, Appellate Division, First Department. December 11, 1903.) Action by the American Audit Company against the Industrial Federation of America. L. M. Berkeley, for appellant. J. J. Allen, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re AMMON. (Supreme Court, Appellate Division, First Department. December 11, 1903.) In the matter of Robert A. Ammon. No opinion. Motion granted.

ANDERSON, Respondent, v. AMERICAN GLUCOSE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1903.) Action by Mary Anderson against the American Glucose Company. No opinion. Judgment and order affirmed, with costs.

ARKENBURGH, Respondent, v. ARKENBURGH, Appellant. (Supreme Court, Appellate Division, First Department. December 11, 1903.) Action by Oliver M. Arkenburgh against Robert H. Arkenburgh. M. H. Cardozo, for appellant. R. F. Little, Jr., for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

ARMSTRONG, Respondent, v. MOORE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 19, 1904.) Action by Margaret Armstrong against Webster P. Moore and others. No opinion. Judgment and order affirmed, with costs.

BACHMANN BREWING CO., Respondent, v. WALLOWITZ, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1903.) Action by the Bachmann Brewing Company against Fanny Wallowitz. No opinion. Judgment of the Municipal Court affirmed, with costs.

BALL v. MANHATTAN RY. CO. (Supreme Court, Appellate Division, First Department. January 15, 1904.) Action by John O. Ball against the Manhattan Railway Company. No opinion. Motion denied, with $10 costs.

BARNES et al., Respondents, v. HUGHES et al., Appellants. (Supreme Court, Appellate Division, First Department. December 11, 1903.) Action by Harry S. Barnes and others against John Hughes and others. T. C. Becker, for appellants. J. C. Rowe, for respondents. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer, and to answer, upon payment of costs in this court and in the court below.

BARNES et al., Respondents, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1903.) Action by William Barnes and others against the Long Island Railroad Company. No opinion. Interlocutory judgment, overruling demurrer to complaint, affirmed, with costs.

BATES v. HOLBROOK et al. (Supreme Court, Appellate Division, First Department. January 8, 1904.) Action by Benjamin L. M. Bates against Frederick Holbrook and others. No opinion. Motion to dismiss appeal denied.

BECKWITH et al., Respondents, v. NEW YORK, C. & ST. L. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 5, 1904.) Action by Blanche Beckwith and others against the New York, Chicago & St. Louis Railroad Company. No opinion. Judgment and order affirmed, with costs.

BELLE OF BOURBON CO. v. LEFFLER et al. (Supreme Court, Appellate Division, First Department. December 18, 1903.) Action by the Belle of Bourbon Company against John Leffler and others. No opinion. Motion denied, with $10 costs.

BENEDICT et al., Appellants, v. INTERNATIONAL BANKING CORP. et al., Respondents. (Supreme Court, Appellate Division, First Department. December 11, 1903.) Action by James A. Benedict and others against the International Banking Corporation and others. No opinion. Motion denied, with $10 costs. Memorandum per curiam.